FILED

2003 DEC 15 P 2: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, | CIVIL ACTION NO. |
| Plaintiff, | 303CV989 (SRU) |
| v. | |
| LUMBERMENS MUTUAL INSURANCE COMPANY, | December 10, 2003 |
| Defendant. | |

### NOTICE OF DISMISSAL

The Parties having reached an agreement to resolve the pending issues between them, Plaintiff, The Travelers Indemnity Company, hereby serves its Notice of Dismissal, dismissing this action without prejudice, under Rule 41(a)(1) of the F.R.C.P.

PLAINTIFF, THE TRAVELERS INDEMNITY COMPANY

Peter M. Nolin (ct06223)
**Sandak Hennessey & Greco LLP**
970 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 facsimile
pnolin@shglaw.com

<u>Of Counsel</u>:

Richard F. Harrison
Phillips Nizer LLP
600 Old Country Road
Garden City, New York 11530
(516) 229-9400

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first class mail on December _l_, 2003 to the following counsel of record:

David Debassio
John F. Droney
Levy & Droney, PC
74 Batterson Park Road
P.O. Box 887
Farmington CT 06034-0887

_____
Peter M. Nolin

2