FILED

2003 DEC 15 P 2: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| THE TRAVELERS INDEMNITY COMPANY<br>　　　　Plaintiff,<br><br>vs.<br><br>LUMBERMENS MUTUAL INSURANCE COMPANY<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.:<br>303CV989(SRU)<br><br><br><br><br><br><br>DECEMBER 3, 2003 |
|---|---|---|

## STATEMENT OF COUNSEL ON RULE 26(f) FAILURE TO FILE

Defendant had its counsel file an appearance on this action on August 27, 2003. At that time, however, the parties, through direct communications, apart from the undersigned counsel, were actively pursuing settlement negotiations. Plaintiff and Defendant asked the undersigned appearing counsel to refrain from advancing the pleadings while such negotiations were being pursued. Accordingly, the Defendant did not respond to the complaint and the undersigned counsel did not hold a 26(f) conference as required by the rules.

The parties have now settled the dispute between them and the action is being dismissed without prejudice under Rule 41(a)(1). For these reasons, the undersigned counsel believe no sanctions should be imposed under Local Rule 26(e).

**PLAINTIFF,
THE TRAVELERS INDEMNITY COMPANY**

By_____
PETER M. NOLIN (ct06223)
Sandak, Hennessey & Greco LLP
970 Summer Street
Stamford, CT  06905
(203)425-4200
Fax: (203)325-8608
Pnolin@shglaw.com

2

**DEFENDANT,
LUMBERMENS MUTUAL
INSURANCE COMPANY**

By _____
JOHN F. DRONEY (ct10906)
DAVID A. DeBASSIO (24365)
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000
Fax: (860)676-3200
jdroney@ldlaw.com
ddebassi@ldlaw.com

3

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent on this 11th day of December, 2003, via First Class, U.S. Mail, postage prepaid, to the following counsel of record:

John F. Droney, Esquire
David A. DeBassio, Esquire
Levy & Droney, P.C.
74 Batterson Park Road
P.O. Box 887
Farmington, CT  06034-0887

PETER M. NOLIN

u:\wpc\lit\dad\kemper\stmt of counsel rule 26(f).doc