APPROVED. The case is hereby dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file.

Stefan R. Underhill
United States District Judge
12/19/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 15 P 2:50

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, | CIVIL ACTION NO. |
| Plaintiff, | 303CV989 (SRU) |
| v. | |
| LUMBERMENS MUTUAL INSURANCE COMPANY, | December 10, 2003 |
| Defendant. | |

### NOTICE OF DISMISSAL

The Parties having reached an agreement to resolve the pending issues between them, Plaintiff, The Travelers Indemnity Company, hereby serves its Notice of Dismissal, dismissing this action without prejudice, under Rule 41(a)(1) of the F.R.C.P.

PLAINTIFF, THE TRAVELERS INDEMNITY COMPANY

Peter M. Nolin (ct06223)
**Sandak Hennessey & Greco LLP**
970 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 facsimile
pnolin@shglaw.com